RECEIVED
FEB 1 5 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | | CRIMINAL ACTION NO. 06-60074 |
|---|---|---|
| VERSUS | | JUDGE DOHERTY |
| ERIC JOSEPH ALEXANDER | (001) | MAGISTRATE JUDGE HILL |
| FRANCISCA WILTZ ALEXANDER | (002) | |
| BRYAN LEE MALBREAUX | (003) | |
| RODNEY ONTAVIOUS GATLIN | (004) | |
| MARIA AIDE DELGADO | (005) | |
| VICTOR LUNA VALDEZ | (006) | |
| ANTONIO LUNA VALDEZ, JR. | (007) | |
| SABINA LUNA VALDEZ | (008) | |
| MICHAEL SCOTT WYATT | (010) | |
| BARRY JOSEPH NEVEU | (011) | |
| WENDY DUGAS HOSSLEY | (012) | |
| YVETTE FRANCIS EAGLIN | (013) | |

## ORDER

Considering the foregoing motion of the United States of America, the record and proceedings of this case, it is hereby ORDERED, ADJUDGED AND DECREED that the Government's Motion for Continuance of the trials set for March 12, 2007 and April 23, 2007, is hereby GRANTED.

This Court finds that the periods of delay which are occasioned by the government's request for continuance are excluded for the reason that the ends of justice are served because this delay outweighs the best interest of the public and the defendants to a speedy trial. The voluminous audio recordings involved require additional time for discovery reproduction to be effected and the defense counsel to screen each recording. Further, the government is entitled to a reasonable period within

which to seek to locate and apprehend the defendant that has not yet been apprehended. Also, the delay for one defendant to be prosecuted in the Southern District of Texas are also excludable. The delays necessary for the United States to answer and file motions, for the magistrate to consider the motions, hold any pretrial proceedings, to rule on motions, issue reports and recommendations, and for the parties to engage in and complete discovery, are necessary for the reason that to deny the extension of time in which to complete these matters would make these matters impossible. Neither this Court nor the parties under the circumstances outlined in the Government's motion can be expected to prepare effectively for the pretrial and trial proceedings in the time periods stated in 18 U.S.C. § 3161.

Additionally, this matter is hereby certified as complex based upon the number of defendants, their location throughout Texas and Louisiana, the fact that all defendants have not yet been apprehended, the number of counts and the voluminous amount of discovery involved.

The parties are to contact the Court by motion to set this matter for trial when it is in the proper posture.

THUS DONE AND SIGNED this 15th day of February, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE