RECEIVED
JUN - 5 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-60074-01 |
| VERSUS | * | JUDGE DOHERTY |
| ERIC JOSEPH ALEXANDER | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

The Motion to Dismiss Count One of the Indictment [rec. doc. 102] was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion is **DENIED.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana this 5 day of June, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE